[No. 8891–2–I.   Division One.   May 5, 1982.]

LOZIER CONSTRUCTION, INC., *Appellant,* v. DONALD
S. HILL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 827205, Frank J. Eberharter, J., entered May
12, 1980. *Affirmed* by unpublished opinion per Corbett, J.,
concurred in by Williams and Callow, JJ.

[No. 8973–1–I.   Division One.   May 5, 1982.]

ERHARD SPECKHARDT, *Individually and as Guardian,* ET AL,
*Appellants,* v. CROFT TRAILER AND HITCH
COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 841622, Eugene G. Cushing, J., entered June
12, 1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Durham, A.C.J., and Corbett, J.

[No. 9721–1–I.   Division One.   May 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
WAYNE BOOHER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–02383–9, Jerome M. Johnson, J., entered
November 21, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Ringold and Durham, JJ.

[No. 4611–7–III.   Division Three.   May 6, 1982.]

*In the Matter of the Personal Restraint of*
IVORY S. CRANSHAW, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Munson, J., concurred in by
McInturff, C.J., and Green, J.